CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Suite 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Emanuel Amador**, | Case: 5:22-cv-00569-SVK |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL |
| Jane V. Sun; Edmund Y. Sun; Cars On Demand, LLC, | |
| Defendants. | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

IT IS STIPULATED by and between the parties hereto that this action may be dismissed <u>without prejudice</u> as to all parties per Federal Rule of Civil Procedure 41(a)(1)(A)(ii); Dismissal will become final and with prejudice automatically within six months unless Plaintiff files a notice of Defendants' non-performance of the settlement agreement at least ten days prior to the dismissal becoming final.

| | |
|---|---|
| Dated: October 24, 2022 | CENTER FOR DISABILITY ACCESS |
| | By: /s/Amanda Seabock<br>Amanda Seabock<br>Attorneys for Plaintiff |
| Dated: October 24, 2022 | ROSSI, HAMERSLOUGH,<br>REISCHL & CHUCK |
| | By: /s/Eric A. Gravink<br>Eric A. Gravink<br>Attorneys for Defendant<br>Cars On Demand, LLC |

### SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Eric A. Gravink, counsel for Cars On Demand, LLC, and that I have obtained Mr. Gravink's authorization to affix his electronic signature to this document.

| | |
|---|---|
| Dated: October 24, 2022 | CENTER FOR DISABILITY ACCESS |
| | By: /s/Amanda Seabock<br>Amanda Seabock<br>Attorneys for Plaintiff |