CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Eric A. Gravink (SBN 226990)
ROSSI, HAMERSLOUGH, REISCHL & CHUCK
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
Tel: (408) 261-4252
Fax: (408) 261-4292
Attorneys for Defendant
Cars On Demand LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMANUEL AMADOR,

     Plaintiff,

v.

JANE V. SUN, in individual and
representative capacity as trustee of the
Jarvis Holding Trust, dated June 15, 2004;
EDMUND Y. SUN, in individual and
representative capacity as trustee of the
Jarvis Holding Trust, dated June 15, 2004;
CARS ON DEMAND LLC, a California
Limited Liability Company,

     Defendants.

Case No.: 5:22-cv-00569-SVK

**JOINT STIPULATION FOR
DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)(A)(ii)**

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1    Dated: November 04,2022        CENTER FOR DISABILITY ACCESS

2

3                                   By:    /s/ Amanda Seabock
                                          Amanda Seabock
4                                         Attorneys for Plaintiff

5

6    Dated: November 04,2022        ROSSI, HAMERSLOUGH, REISCHL & CHUCK

7

8

9                                   By:    /s/ Eric A. Gravink
                                          Eric A. Gravink
10                                        Attorneys for Defendant
11                                        Cars On Demand LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## SIGNATURE CERTIFICATION

3

I hereby certify that the content of this document is acceptable to Eric A. Gravink,

4

counsel for Cars On Demand LLC, and that I have obtained authorization to affix his

5

electronic signature to this document.

6

7

Dated: November 04,2022        CENTER FOR DISABILITY ACCESS

8

9

                             By:      /s/ Amanda Seabock

10

                                    Amanda Seabock
                                    Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28